## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| ROBERT GIAMMARCO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:17-cv-00472-DJH |
| CHECKREDI OF KENTUCKY, | ) ) ) | |
| Defendant. | ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff, ROBERT GIAMMARCO, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

                                                    RESPECTFULLY SUBMITTED,

November 15, 2017                    By: /s/ Shireen Hormozdi_____
                                                    Shireen Hormozdi
                                                    Hormozdi Law Firm, LLC
                                                    1770 Indian Trail Lilburn Road, Suite 175
                                                    Norcross, GA 30093
                                                    Tel: 678-395-7795
                                                    Fax: 866-929-2434
                                                    shireen@agrusslawfirm.com
                                                    shireen@norcrosslawfirm.com
                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On November 15, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Robert A. Cirino, at rcirino@westermanllp.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi